1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESROM MADRID,                              No. C 13-4167 NC (PR)

           Plaintiff,                    **ORDER OF TRANSFER**

     v.

VALLEY STATE PRISON,

           Defendant.

_____/

      Plaintiff Esrom Madrid, a state prisoner currently incarcerated at Valley State Prison for Men ("VSP"), has filed a civil rights action under 42 U.S.C. § 1983 complaining of inadequate medical care by VSP staff.

      The acts complained of in this action occurred at VSP, which is located in Madera County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

      IT IS SO ORDERED.

DATED: October 15, 2013

                           NATHANAEL M. COUSINS
                           United States Magistrate Judge